# IN THE SUPREME COURT OF ALABAMA



May 23, 2025

**SC-2024-0264**

DocRx, Inc., DocRx Dispensing, Inc., DocRx Labs, Inc., ClaimPay, Inc., Rx Transmit, LLC, Brian Ward, Jennifer Ward, Nick Branigan, and ServRx, Inc., f/k/a Workers Compensation Rx Solutions, Inc., and Worker's Compensation Rx Solutions, P.C. v. Piedmont Comprehensive Pain Management Group, LLC (Appeal from Mobile Circuit Court: CV-22-901045).

## <u>CERTIFICATE OF JUDGMENT</u>

WHEREAS, the ruling on the application for rehearing filed in this case and indicated below was entered in this cause on May 23, 2025:

**APPLICATION OVERRULED. NO OPINION.** Sellers, J. -- Stewart, C.J., and Shaw, Wise, Bryan, Mendheim, Cook, and McCool, JJ., concur.

WHEREAS, the above referenced cause has been duly submitted and considered by the Supreme Court of Alabama and the judgment indicated below was entered in this cause on March 7, 2025:

**REVERSED AND REMANDED.** Sellers, J. -- Stewart, C.J., and Wise, Mendheim, Cook, and McCool, JJ., concur. Shaw, J., concurs in part and concurs in the result, with opinion. Mitchell, J., concurs in part and concurs in the result, with opinion. Bryan, J., concurs in the result.

NOW, THEREFORE, pursuant to Rule 41, Ala. R. App. P., IT IS HEREBY ORDERED that this Court's judgment in this cause is certified on this date. IT IS FURTHER ORDERED that, unless otherwise ordered by this Court or agreed upon by the parties, the costs of this cause are hereby taxed as provided by Rule 35, Ala. R. App. P.

I, Megan B. Rhodebeck, certify that this is the record of the judgment of the Court, witness my hand and seal.

Megan B. Rhodebeck
**Clerk, Supreme Court of Alabama**